## SYNOPSIS (Information)

1:17-cr-00131-JAW

| | |
|---|---|
| **Name:** | Cara M. Blewitt |
| **Address:** (City & State Only) | Oakville, Connecticut |
| **Year of Birth and Age:** | 1987 (30 years old) |
| **Violations:** | **Count 1**: Bank Robbery. 18 U.S.C. §§ 2113(a), 2. **Count 2**: Interference With Commerce by Robbery. 18 U.S.C. §§ 1951, 2. |
| **Penalties:** | **Count 1**: Not more than 20 years imprisonment (18 U.S.C § 2113; a fine of not more than $250,000 (this is a Class C felony under 18 U.S.C. § 3559(a)(3)). 18 U.S.C. § 3571(b)(3). **Count 2**: Not more than 20 years imprisonment (18 U.S.C. §§ 1951, 2; a fine of not more than $250,000 (this is a Class C felony under 18 U.S.C. § 3559(a)(3)). 18 U.S.C. § 3571(b)(3). |
| **Supervised Release:** | **Counts 1 & 2 (per count)**: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1 & 2 (per count)**: 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | **Count 1 & 2 (per count)**: Not more than 3 years less any term of imprisonment imposed on the violation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Logan Perkins |
| **Primary Investigative Agency and Case Agent Name:** | FBI SA Barnes and ATF SA Schroepfer |
| **Detention Status:** | Defendant released on federal bail |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot (Bangor) |
| **AUSA:** | FTL |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | Yes |
| **Assessments:** | $100 per count of conviction |