UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARA M. BLEWITT ) | Criminal No. 1:17-cr-00131-JAW |

### GOVERNMENT'S VERSION OF THE OFFENSE

On May 28, 2017, at approximately, 12:40 p.m., Seth J. Blewitt robbed the branch of TD Bank that is located at 878 Stillwater Avenue in Bangor, Maine. The deposits of TD Bank were then insured by the Federal Deposit Insurance Corporation. He entered the bank, approached one of the tellers, and according to that teller said, "I'm actually robbing you. I want all of your money, no dye packs or GPS trackers." He was wearing a black knit hat, sunglasses, gloves, and a plaid shirt.

In response to Mr. Blewitt's demand, a bank teller unlocked a drawer and placed cash in a plastic bag and then provided that bag to Mr. Blewitt. Mr. Blewitt took the money and walked quickly out of the bank. When Mr. Blewitt left the bank he went toward the nearby Walmart parking lot. That parking lot is approximately 100 yards from the bank.

Officers from the Bangor Police Department (BPD) arrived at the TD Bank branch shortly after the robbery occurred. They found shoes, socks, jeans, and a plaid shirt that Mr. Blewitt had discarded in the travel lane of the Walmart parking lot. They also recovered a set of gloves and a dark knit cap that the man had discarded behind a dumpster. That dumpster was between the bank and the Walmart parking lot.

On May 29, 2017, investigators obtained video surveillance of the bank robbery and of the Walmart parking lot for the time period surrounding the robbery. The video of the parking lot shows Mr. Blewitt walking briskly and then running from the direction of the bank to a parked vehicle. That vehicle was a gray Volvo wagon with Connecticut plates and the defendant was waiting in the vehicle when her husband, Mr. Blewitt, returned. Mr. Blewitt got into the passenger side of the vehicle and the defendant drove away.

On May 29, 2017, at approximately 4:00 p.m., Seth J. Blewitt entered the Dollar Tree store that is located at 642 Stillwater Avenue in Bangor, Maine, and he pointed a shotgun at a cashier. He was wearing a red hat or mask and wearing sunglasses and he demanded that the cashier open the register. When the cashier informed Mr. Blewitt that she could not open the register, Mr. Blewitt struck the register with the shotgun. The cashier yelled for the manager and the manager opened the register and gave Mr. Blewitt cash from the register. Mr. Blewitt then ran from the store to the same gray Volvo wagon that had served as his getaway car the day before. The defendant had been waiting for Mr. Blewitt and when he returned to the car she drove away. The Dollar Tree store closed for approximately two hours and twenty minutes after the robbery to allow for the BPD investigation. The Dollar Tree is a business that was engaged in interstate and foreign commerce.

At approximately 4:31 p.m. on May 29, a Bangor police officer stopped a gray Volvo wagon being driven by Cara Blewitt. Mr. Blewitt was in the front passenger seat. The officer made the stop of the vehicle at the intersection of Union Street and Third Street in Bangor. The location of the stop is about four miles from the Dollar Tree store. The officer arrested Cara Blewitt and Seth Blewitt and brought them to the Bangor Police Department for questioning.

BPD detectives interviewed Seth Blewitt and Cara Blewitt separately. The detectives

provided <u>Miranda</u> warnings to each of them and each indicated an understanding of those warnings and a willingness to answer questions.

Those interviews and the investigation that followed established that Seth J. Blewitt was the man who robbed the TD Bank branch on Stillwater Avenue on May 28. The defendant had known Mr. Blewitt was going to rob the TD Bank and she waited for him in their Volvo and drove them both away after the robbery. The interviews and investigation also established that the defendant knew that Mr. Blewitt was going to rob the Dollar Tree store and she waited for him in their Volvo and served as the getaway driver again. After the Dollar Tree robbery, she drove Mr. Blewitt to a dumpster where he discarded some of the clothes he had worn during the Dollar Tree robbery; he also discarded the shotgun he had carried. Law enforcement officers recovered that firearm and clothing.

Dated: September 26, 2017               Respectfully submitted,

                                        RICHARD W. MURPHY
                                        Acting United States Attorney

                                        F. Todd Lowell
                                        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2017, I filed the Prosecution Version and caused to be mailed to the defendant's attorney:

Logan E. Perkins, Esq.
Perkins Law Office
253 Waldo Ave.
Belfast, ME 04915
logan@belfastcriminallaw.com

                                      RICHARD W. MURPHY
                                      Acting United States Attorney

                                      Supervisory Assistant U.S. Attorney
                                      United States Attorney's Office
                                      202 Harlow Street, Suite 111
                                      Bangor, ME 04401
                                      (207) 945-0373
                                      todd.lowell@usdoj.gov