UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v CARA M. BLEWITT

DOCKET NO:  1:17-cr-00131-JAW

PROCEEDING TYPE: Sentencing

## Court Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | Notice from State Court | 3/26/2018 | 3/26/2018 |  | 3/26/2018 |
|  | 2 |  | Letter in support | 3/26/2018 | 3/26/2018 |  | 3/26/2018 |
|  |  | 1 | Sealed Document |  |  |  |  |